# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-2348
L.T. Case No. 2009-CF-010938-A

———————————————————

MICHAEL FLOWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

3.800 Appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

Michael Flowers, Okeechobee, pro se.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant
Attorney General, Tallahassee, for Appellee.

September 24, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, HARRIS, and MacIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————